CJF5.21.19
LNM: USAO 2019R00319

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. RDB-19-0261 |
| | * | |
| JOSEPH OWENS, | * | (Possession of a Firearm by |
| | * | a Prohibited Person, 18 U.S.C. |
| Defendant | * | § 922(g)(1); Forfeiture, 18 U.S.C. |
| | * | § 924(d), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about **DECEMBER 27, 2018**, in the District of Maryland, the defendant,

**JOSEPH OWENS,**

possessed in and affecting interstate commerce a firearm and ammunition, that is, a Rossi, 68S .38 caliber revolver, bearing serial number D937004 and five rounds of Sig .38 SPL ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**JOSEPH OWENS,**

shall forfeit to the United States the firearm and ammunition involved in the commission of the offense: a Rossi, 68S .38 caliber revolver, bearing serial number D937004 and five rounds of Sig .38 SPL ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_Robert K. Hur_
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

5/23/19
Date

2